# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **B. T. Wright,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:19-cv-00083-MOC |
| | ) | 3:17-cr-00264-MOC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2020 Order.

April 8, 2020

Frank G. Johns, Clerk
United States District Court